**Electronically Filed
Supreme Court
SCPW-11-0000751
01-DEC-2011
08:48 AM**

NO. SCPW-11-0000751

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIAM MIDDLETON, Petitioner,

vs.

THE HONORABLE GERALD H. KIBE, JUDGE OF THE DISTRICT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CIVIL NO. 1SC11-1-1620)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the "Ex-Parte Declaration of William Middleton for Reasons of Non-Compliance with HRAP 40(a)," which is deemed a motion for reconsideration of the court's November 22, 2011 order,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, December 1, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

